IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DINAH L. CRAWLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>VANDERBILT MORTGAGE AND FINANCE, INC., d/b/a/ Silverton Mortgage,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:22-CV-1820-TWT |

### ORDER

This is a FLSA action. It is before the Court on the Defendant's Motion to Compel Arbitration and to Dismiss or Stay the Proceedings [Doc. 11]. The Plaintiff agreed to arbitrate any employee disputes with the Defendant. The Defendant's Motion to Compel Arbitration and to Dismiss or Stay the Proceedings [Doc. 11] is GRANTED. If the Plaintiff wishes to pursue this claim, she must submit it to arbitration. This action is DISMISSED.

SO ORDERED, this   2nd   day of August, 2022.

THOMAS W. THRASH, JR.
United States District Judge