# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DINAH L. CRAWLEY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VANDERBILT MORTGAGE AND FINANCE, INC., A FOREIGN CORPORATION DOING BUSINESS AS SILVERTON MORTGAGE,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-1820-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of the defendant's Motion to Compel Arbitration and to Dismiss or Stay the Proceedings, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 2nd day of August, 2022.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　　s/J. Arnold　　　　　　　
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 2, 2022
Kevin P. Weimer
Clerk of Court

By:　　s/J. Arnold　　　　　　　
　　　　Deputy Clerk